Name: Tommy Higgs
Mailing address: c/o Adeline Hagan 7292 W. Sunset Ave
City, State, Zip: Wasilla, AK 99623
Telephone: 479-502-4818

RECEIVED
DEC 27 2019
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Tommy Dow Higgs,
(Enter full name of plaintiff in this action)

Plaintiff,

Case No. 3:19-CV-322-TMB MMS
(To be supplied by Court)

vs.

ASRC Energy Services,
Darren Rudolph,
Kevin B. Harding,
Jason J. Do NOT use et al.)
(Enter full names of defendant(s) in this action.

Defendant(s).

COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983

(NON-PRISONERS)

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Tommy Higgs,
(print your name)
who presently resides at c/o Adeline Hagan 7292 W. Sunset Ave,
(mailing address) Wasilla, AK 99623
were violated by the actions of the individual(s) named below.

2. Defendants (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Darren Rudolph__ is a citizen of
(name)
__Alaska__, and is employed as a __General Foreman ASRC__.
(state)                                         (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __Kevin B. Harding__ is a citizen of
(name)
__Alaska__, and is employed as a __General Foreman ASRC__.
(state)                                         (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, __Jason J. Metcalf__ is a citizen of
(name)
__Alaska__, and is employed as a __Foreman ASRC__.
(state)                                         (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about **12-8-2017** (Date), my civil right to **Freedom from Cruel and Unusual Punishment**
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)
was violated by **Jason J. Metcalf**
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

As an equipment operator for ASRC energy services I worked with Mr. Metcalf's crew from 3-31-2014 thru 12-31-2017, I had several incidents where Mr. Metcalf was very aggressive in nature, confrontational, and I was subjected to verbal abuse from him, he stated I was an ass kisser, I was a money whore, and that I didn't want him to be an enemy of mine", he also stated that I liked "dark meat", that my wife Adeline Hagan-Higgs is native. I put up with his nonsense for several years, I am a professional and will not tolerate this behavior in the workplace.

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 3 of 7

Case 3:19-cv-00322-TMB-MMS   Document 1   Filed 12/27/19   Page 3 of 7

Claim 2: On or about 4-2-2018 (Date), my civil right to Freedom from Cruel and Unusual punishment (due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.) was violated by Darren Rudolph ASRC (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

I severed my employment from ASRC energy JVC on 12/31/2017 and was rehired by Mr. Rudolph on 2-28-2018. I returned to work, upon returning Rudolph said he was glad I was "back - up," and that my true colors were exposed, him and his core crew members, subjected me to ridicule about my family, made jokes about my trucking companies, about my disability, about my wife being a whore, and Mr. Jayne Lindsey was only a shell of his former self and was in diapers and was no help to me. I was always then assignments where I worked alone.

Claim 3: On or about **6-1-2018** (Date), my civil right to **Free Speech / due process** (due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by **Kevin Harding** (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

Mr. Harding never agreed with the way I handled Mr. Metcalf situation or reporting the incidents to ASRC corporate office, he clearly stated he didn't argue with the way I handle my hobbies, I was often solo assignments and always worked alone and outside. The whole group was more interested in my wife than my well being. The nonsense in that corporation has took a toll on my health, our finances and my life has changed as a result of being employed by them. I have been a Direct supervisor of more than 8000 employees and have never experienced a toxic workplace like the one I endured at Wells Group corporate.

### D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes __✓__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition:  _____ Dismissed  _____ Appealed  _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition:  _____ Dismissed  _____ Appealed  _____ Still pending

Issues Raised:_____

### F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 3,500,000.00

2. Punitive damages in the amount of $ 3,500,000.00

3. An order requiring defendant(s) to change policies, terminate employment

4. A declaration that Apologies to my family & children

5. Other: to Address the ASRC employees And Admit there guilt.

Plaintiff demands a trial by jury. ___✓___ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at __Anchorage__ on __12-27-2019__
          (Location)                        (Date)

_____
(Plaintiff's Original Signature)

_____  _____
Original Signature of Attorney (if any)      (Date)

_____
_____
_____

Attorney's Address and Telephone Number